**Jane ROE, as parent and natural guardian of Judy Roe, James Roe, and Joyce Roe, Minor Children Under the Age of Eighteen, (18), Petitioners,**

v.

**Daniel BIBBY Sr. and Michelle Bibby, Defendants,**

**Of Whom Michelle Bibby is the Respondent.**

Appellate Case No. 2014–002500
Opinion No. 27652

Supreme Court of South Carolina.

Heard November 5, 2015
Filed August 10, 2016

Eric M. Poulin, of Anastopoulo Law Firm, LLC, of Charleston, for Petitioners.

Eugene P. Corrigan, III and J.W. Nelson Chandler, both of Corrigan & Chandler, LLC, of Charleston, for Respondent.

PER CURIAM:

We granted certiorari to review the court of appeals' decision in *Roe v. Bibby*, 410 S.C. 287, 763 S.E.2d 645 (Ct. App. 2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice Jean H. Toal, concur.